IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS

| | |
|---|---|
| JIMMY BETHEA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-51 |
| | ) |
| MERCHANTS COMMERCIAL BANK, et al., | ) |
| | ) |
| Defendants. | ) |

AMBROSE, U.S. Senior District Judge

## OPINION AND ORDER OF COURT

Pending before the Court is Plaintiff's motion to compel Defendant James Crites to supplement his discovery responses. Pl.'s Mot., ECF No. [306]. Defendant filed a brief in opposition to Plaintiff's motion at ECF No. [322]. Plaintiff also filed a reply brief at ECF No. [353]. Having carefully considered both parties' submissions, I enter the following Order:

1. Plaintiff's motion to compel with respect to Interrogatory 9 is DENIED as not relevant.

2. Plaintiff's motion as to Interrogatories 14 and 21, Demand 21, and Second Demand 1 is DENIED. While Plaintiff may seek to discover information to support his claim that MCB breached its Whistleblower Policy, I find requests such as these, which ask for information to support a hypothetical Whistleblower claim, not relevant.

3. Plaintiff's motion as to Second Demand 2 is DENIED as moot. Plaintiff withdrew his motion as to this demand in his reply.

It is so Ordered.

Dated: October 31, 2012

BY THE COURT:

*Donetta F. Ambrose*
Donetta W. Ambrose
Senior Judge, U.S. District Court