IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS

| | |
|---|---|
| JIMMY BETHEA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.   11-51 |
| | ) |
| MERCHANTS COMMERCIAL BANK, et al., | ) |
| | ) |
| Defendants. | ) |

AMBROSE, U.S. Senior District Judge

**OPINION
AND
ORDER OF COURT**

Per my Order dated October 31, 2012 (ECF No. [406]), Defendant Merchants Commercial Bank ("MCB") submitted documents designated as MCB 1001, 1015, 1167, 1172, 1249, 1254, 1270, 1275, 1282, and 1454 for *in camera* review. Having carefully reviewed the communications for which MCB claims attorney-client privilege,[1] I find as follows:

1. I DENY Plaintiff's motion to compel for the following documents: 1001, 1015, 1172, 1249, 1282, & 1454. Accordingly, MCB does not need to disclose the redacted communications for these documents.

2. I GRANT Plaintiff's motion to compel and MCB must produce the redacted communications as follows:

    a. 1167 – the information redacted at the second bullet under Section VI.

---

[1] The documents produced by MCB also contain communications redacted for reasons other than a claim of attorney-client privilege. Because I ruled on the production of this information in my October 25, 2012 Order, I focus only on the redactions concerning a claim of attorney-client privilege here.

    b. 1254 – the redacted information under Section III, "Office Lease."

    c. 1270 – the information at Section II under the second paragraph of the subsection titled "Liquidity Ratio."

    d. 1275 – the information redacted in the last paragraph of the page. The information in the second full paragraph may remain redacted.

AND ON this 15th day of November, 2012, it is so Ordered.

                              BY THE COURT:

                    /s/ Donetta W. Ambrose
                    Donetta W. Ambrose
                    Senior Judge, U.S. District Court