IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS

| | |
|---|---|
| JIMMY BETHEA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-51 |
| MERCHANTS COMMERCIAL BANK, et al., | ) |
| Defendants. | ) |

AMBROSE, U.S. Senior District Judge

**OPINION
AND
ORDER OF COURT**

Plaintiff filed a motion to compel production of the invoices that Defendants Tom Bolt and BoltNagi P.C. issued to Merchants Commercial Bank ("MCB") for legal work. ECF No. [311], 9-11. Defendant MCB objected to the production claiming the communications are privileged and not relevant. ECF No. [323], 17-18. Per my Opinion and Order dated October 31, 2012, MCB submitted copies of the invoices that it received from the attorney defendants from 2006-2010 for *in camera* review. *See* ECF No. [405]. Having carefully reviewed the materials submitted by MCB, I find them to be not relevant and privileged. Accordingly, Plaintiff's motion regarding the invoices is DENIED.

AND ON this 15th day of November, 2012, it is so Ordered.

BY THE COURT:

/s/ Donetta W. Ambrose____
Donetta W. Ambrose
Senior Judge, U.S. District Court